1   **Law Offices of Ron Peters**
    **RON PETERS (SBN: 45749)**
2   **50 Fullerton Court, Suite 207**
    **Sacramento, California 95825**
3   **Telephone:   (916) 922-9270**
    **Facsimile:   (916) 922-2465**
4
    **Attorney for Defendant**
5   **THOMAS DAILY**

6

7
                    **IN THE UNITED STATES DISTRICT COURT FOR THE**
8
                          **EASTERN DISTRICT OF CALIFORNIA**
9

10  **UNITED STATES OF AMERICA,**      )      **CASE NO.: 09-cr-413 MCE**
                                       )
11              **Plaintiff,**         )      **STIPULATION AND ORDER TO**
                                       )      **CONTINUE STATUS CONFERENCE**
12  **v.**                            )
                                       )
13  **CHRISTOPHER HEINEN, et al.,**    )
    **LAURA HEINEN**                   )
14  **THOMAS DAILY**                   )
                                       )
15                                     )
                                       )
16              **Defendant.**         )
    _____)

17                                **STIPULATION**

18         Plaintiff, United States of America, by and through its counsel, Assistant United

19  States Attorney Michael Beckwith, and defendants, Thomas Daily, by and his counsel, Ron Peters,

20  Christopher Heinen, by and his counsel, David Dratman, and Laura Heinen, by and her counsel, Candace

21  Fry agree and stipulate to vacate the existing status conference date in the above-captioned action, October

22  29, 2009, and to continue the matter to December 17, 2009 at 9:00 a.m., for status conference in the

23  courtroom of the Honorable Morrison C. England, JR.

24         This continuance is requested by the defense to secure additional discovery and review at least 2,000

25  of already discovered documents. Counsel David Dratman is in trial in Yolo County and is not expected

26  to conclude that case until the beginning of December 2009. The defense seeks to exclude time under Local

27  Rules T-2 and T-4 based upon case preparation and continuity of counsel.  The Court is advised that Mr.

28  Dratman, and Mrs. Fry concurs with the December 17, 2009 status conference date and have authorized Mr.

_____

1  Peters  to sign this stipulation on his behalf.

2      The parties further agree and stipulate that the period for the filing of this stipulation

3  until December 17, 2009, should be excluded in computing time for commencement of trial under

4  the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv)

5  and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for

6  effective presentation. It is further agreed and stipulated that the ends of justice served in

7  granting the continuance and allowing the defendant further time to prepare outweigh the

8  best interests of the public and the defendants in a speedy trial.

9  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

10  **IT IS SO STIPULATED**

11

12                                    Respectfully submitted

13

14  DATE: 10/28/09              By:    /s/Ron Peters_____
                                       RON PETERS
15                                     Attorney for Defendant
                                       THOMAS DAILY
16

17
    DATE: 10/28/09              By:    /s/ Michael Beckwith_____
18                                     Michael Beckwith
                                       Assistant U.S. Attorney
19

20  DATE: 10/28/09              By:    /s/ David Dratman_____
                                       DAVID DRATMAN
21                                     Attorney for Defendant
                                       Christopher Heinen
22

23  DATE: 10/28/09              By:    /s/ David Dratman_____
                                       CANDACE FRY
24                                     Attorney for Defendant
                                       Laura Heinen
25

26

27

28

---

**U.S. vs. HEINEN**                     **STIPULATION AND ORDER TO**
                                        **STATUS CONFERENCE**

## <u>ORDER FINDING EXCLUDABLE TIME</u>

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to December 17, 2009 at 9:00 a.m. The court finds excludable time in this matter from October 29, 2009 through December 17, 2009 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial 18 U.S.C. 3161(h)(8)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  November 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE