DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
CHRISTOPH HEINEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **CR-S-09-413 MCE** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| CHRISTOPH HEINEN, LAURA HEINEN AND THOMAS DAILY, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, the defendants, through their attorneys, David W. Dratman for Christoph Heinen, Ean Vizzi for Laura Heinen and J. David Nick for Thomas Daily, that the status conference scheduled for June 24, 2010 be continued to September 23, 2010 at 9:00 a.m.

Each of the defense counsel on behalf of their respective clients requests the exclusion of additional time under the Speedy Trial Act to enable defense counsel to continue to review the voluminous discovery provided to date; and, to informally obtain and review additional materials that have been requested from the United States.

///

///

///

///

1     The parties stipulate and agree that the time from the date of this stipulation, June 24,
2 2010 through and including September 23, 2010, shall be excluded from computation of time
3 within which the trial of this case must be commenced under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to
5 prepare and continuity of defense counsel).

6 Dated: June 21, 2010           /s/ David W. Dratman
                                       DAVID W. DRATMAN
7                                        Attorney for Defendant
                                       CHRISTOPH HEINEN
8

9 Dated: June 21, 2010           /s/Ean Vizzi
                                       EAN VIZZI
10                                       Attorney for Defendant
                                       LAURA HEINEN
11                                      *Signed with permission

12 Dated: June 21, 2010           /s/ J. David Nick
                                       J. DAVID NICK
13                                       Attorney for Defendant
                                       THOMAS DAILY
14                                      *Signed with permission

15 Dated: June 21, 2010           BENJAMIN B. WAGNER
                                       UNITED STATES ATTORNEY
16

17                                    By: /s/ Michael M. Beckwith
                                       MICHAEL M. BECKWITH
18                                      Assistant U.S. Attorney
                                     *Signed with permission
19

20

21

22

23

24

25

26

27

28

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, June 24, 2010, to and including September 23, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

It is so ordered.

Dated: June 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE