**J. DAVID NICK, Esq. (**SB#157687)
345 Franklin Street
San Francisco CA, 94102
Tel: (415) 552-4444
Fax: (415) 358-5897

**EDITTE  LERMAN (**SB#241471)
695 South Dora Street
Ukiah, CA 95482
Tel: (707) 937-1711
Fax: (707) 937-2207

Attorneys for Defendant
THOMAS JOSEPH DAILY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.:  09-CR-00413-MCE-5 |
| | ) |
| | ) **STIPULATION AND ORDER** |
| Plaintiff, | ) **CONTINUING STATUS** |
| | ) **CONFERENCE AND EXCLUDING** |
| vs. | ) **TIME UNDER THE SPEEDY** |
| | ) **TRIAL ACT** |
| | ) |
| HEINEN et al | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED between the United States of America, through its

attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, the defendants, through

their attorneys, David W. Dratman for Christoph Heinen, Ean Vizzi for Laura Heinen and E.D.

Lerman for Thomas Daily, that the status conference scheduled for September 23, 2010 be

continued to November 18, 2010 at 9:00 a.m.

1  Each of the defense counsel on behalf of their respective clients requests the exclusion of

2  additional time under the Speedy Trial Act to enable defense counsel to continue to review the

3  voluminous discovery provided to date; and, to informally obtain and review additional materials

4  that have been requested from the United States.

5          The parties stipulate and agree that the time from the date of this stipulation, September

6  23, 2010 through and including November 18, 2010, shall be excluded from computation of time

7  within which the trial of this case must be commenced under the Speedy Trial Act, pursuant

8  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to

9  prepare and continuity of defense counsel).

10  Dated: September 22, 2010

                                    _____/s/ E. D. Lerman_____
11                                  E. D. LERMAN
                                    Attorney for Defendant
12                                  THOMAS DAILY

13  Dated: September 22, 2010

14
                                     _/s/ David W. Dratman_____
15                                  DAVID W. DRATMAN
                                    Attorney for Defendant
16                                  CHRISTOPH HEINEN
                                    *Signed with permission
17  Dated: September 22, 2010

18
                                    ____/s/Ean Vizzi_____
19                                  EAN VIZZI
                                    Attorney for Defendant
20                                  LAURA HEINEN
                                    *Signed with permission
21  Dated: September 22, 2010

22
                                    BENJAMIN B. WAGNER
23                                  UNITED STATES ATTORNEY

24
                                    By: /s/ Michael M. Beckwith
25                                  MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney
26                                  *Signed with permission

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, September 23, 2010, to and including November 18, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

It is so ordered.

DATED: September 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE