**EAN VIZZI, SBN 209444**
506 Broadway
San Francisco, CA 94133
Tel. 415-986-5591
Fax 415-421-1331

Attorney for Defendant
LAURA HEINEN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 09-CR-00413-MCE-5 |
| | ) |
| | ) **STIPULATION AND ORDER** |
| Plaintiff, | ) **CONTINUING STATUS** |
| | ) **CONFERENCE AND EXCLUDING** |
| vs. | ) **TIME UNDER THE SPEEDY** |
| | ) **TRIAL ACT** |
| LAURA HEINEN | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, the defendant Laura Heinen, through her attorney, Ean Vizzi, that the status conference scheduled for July 19, 2012 be continued to September 27, 2012 at 9:00 a.m.  The parties request and agree that exclusion of additional time under the Speedy Trial Act to allow adequate preparation of counsel to work towards negotiation and settlement of this matter.

///

///

///

Page 1 of 3
STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

The parties stipulate and agree that the time from the date of this stipulation, July 17, 2012, through and including September 27, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

Dated: July 17, 2012

       /s/Ean Vizzi
EAN VIZZI
Attorney for Defendant
LAURA HEINEN

Dated: July 17, 2012

       /s/Michael Beckwith
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney
*Signed with permission

///
///
///

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, July 17, 2012, to and including September 27, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

The status conference scheduled for July 19, 2012 is accordingly continued from July 19, 2012 to September 27, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE