**EAN VIZZI, SBN 209444**
506 Broadway
San Francisco, CA 94133
Tel. 415-986-5591
Fax 415-421-1331

Attorney for Defendant
LAURA HEINEN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                       Plaintiff,       )<br>                                                              )<br>         vs.                                            )<br>                                                              )<br>LAURA HEINEN                               )<br>                                                              )<br>                       Defendant.    )<br>_____) | CASE NO.: 09-CR-00413-MCE-5<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, the defendant Laura Heinen, through her attorney, Ean Vizzi, that the status conference scheduled for September 27, 2012 be continued to October 18, 2012 at 9:00 a.m.  The parties request and agree that exclusion of additional time under the Speedy Trial Act to allow adequate preparation of counsel to work towards negotiation and settlement of this matter.

The parties stipulate and agree that the time from the date of this stipulation, September 27, 2012, through and including October 18, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant

to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

Dated: September 25, 2012

                       ___/s/Ean Vizzi_____
                       EAN VIZZI
                       Attorney for Defendant
                       LAURA HEINEN

Dated: September 25, 2012

                       ___/s/Michael Beckwith_____
                       BENJAMIN B. WAGNER
                       UNITED STATES ATTORNEY

                       By: /s/ Michael M. Beckwith
                       MICHAEL M. BECKWITH
                       Assistant U.S. Attorney
                       *Signed with permission

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, September 27, 2012, to and including October 18, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

IT IS SO ORDERED.

DATED: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE