**EAN VIZZI, SBN 209444**
506 Broadway
San Francisco, CA 94133
Tel. 415-986-5591
Fax 415-421-1331

Attorney for Defendant
LAURA HEINEN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | ) | CASE NO.: 09-CR-00413-MCE-5 |
|---|---|---|
| | ) | |
| | ) | **STIPULATION AND ORDER** |
| Plaintiff, | ) | **CONTINUING STATUS** |
| | ) | **CONFERENCE AND EXCLUDING** |
| vs. | ) | **TIME UNDER THE SPEEDY** |
| | ) | **TRIAL ACT** |
| | ) | |
| LAURA HEINEN | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, the defendant Laura Heinen, through her attorney, Ean Vizzi, that the status conference scheduled for January 10, 2013 be continued to March 14, 2013 at 9:00 a.m.  The parties request and agree that exclusion of additional time under the Speedy Trial Act to allow adequate preparation of counsel to work towards negotiation and settlement of this matter.

The parties stipulate and agree that the time from the date of this stipulation, January 10, 2013, through and including March, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant

to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

Dated: January 8, 2013

                         /s/Ean Vizzi
                         EAN VIZZI
                         Attorney for Defendant
                         LAURA HEINEN

Dated: January 8, 2013

                         /s/Michael Beckwith
                         BENJAMIN B. WAGNER
                         UNITED STATES ATTORNEY

                         By: /s/ Michael M. Beckwith
                         MICHAEL M. BECKWITH
                         Assistant U.S. Attorney
                         *Signed with permission

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, January 10, 2013 to and including March 14, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

IT IS SO ORDERED.

Dated: January 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**DECLARATION OF SERVICE**

I, Erika Larson, declare as follows:

I am a resident of the State of California, residing or employed in San Francisco, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 506 Broadway, San Francisco, CA 94133.

On Tuesday, January 08, 2013, **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

was filed and served upon the following parties via the Court's PACER-ECF electronic filing system.

Michael M. Beckwith
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
michael.beckwith@usdoj.gov
ATTORNEY   representing   USA
(Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 8th day of January, 2013, at San Francisco, California.

---------------/s/-------------------
Erika Larson