1  **EAN VIZZI, SBN 209444**
   506 Broadway
2  San Francisco, CA 94133
   Tel. 415-986-5591
3  Fax 415-421-1331

4  Attorney for Defendant
   LAURA HEINEN

5

6                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
7                         SACRAMENTO DIVISION

8  UNITED STATES OF AMERICA,          )  CASE NO.:  09-CR-00413-MCE-5
                                       )
9                                      )  **STIPULATION AND ORDER**
              Plaintiff,               )  **CONTINUING STATUS**
10                                     )  **CONFERENCE AND EXCLUDING**
                                       )  **TIME UNDER THE SPEEDY**
11         vs.                         )  **TRIAL ACT**
                                       )
12 LAURA HEINEN,                       )
                                       )
13            Defendant.               )
                                       )
14 _____    )

15        IT IS HEREBY STIPULATED between the United States of America, through its

16 attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, the defendant Laura

17 Heinen, through her attorney, Ean Vizzi, that the status conference scheduled for May 9, 2013,

18 be continued to July 11, 2013, at 9:00 a.m.  The parties request and agree that exclusion of

19 additional time under the Speedy Trial Act is necessary to allow adequate preparation of counsel

20 to work towards negotiation and settlement of this matter.

21        The parties stipulate and agree that the time from the date of this stipulation, May 7,

22 2013, through and including July 11, 2013, shall be excluded from computation of time

23 within which the trial of this case must be commenced under the Speedy Trial Act, pursuant

24 to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to

25 prepare and continuity of defense counsel).

26                              Page 1 of 4
        STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

Dated: May 7, 2013

_____/s/Ean Vizzi_____
EAN VIZZI
Attorney for Defendant
LAURA HEINEN

Dated: May 7, 2013

_____/s/Michael Beckwith_____
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney
*Signed with permission

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefor, hereby adopts the stipulation of the parties in its entirety as its order.  The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, May 7, 2013, to and including July 11, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).  The status conference is now set for July 11, 2013 at 9:00 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

DATE:  May 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1    **DECLARATION OF SERVICE**

2    I, Erika Larson, declare as follows:
     I am a resident of the State of California, residing or employed in San Francisco, California.
3    I am over the age of 18 years and am not a party to the above-entitled action. My business
     address is 506 Broadway, San Francisco, CA 94133.
4    On Wednesday, May 08, 2013, **STIPULATION AND ORDER CONTINUING STATUS**
     **CONFERENCE AND EXCLUDING  TIME UNDER THE SPEEDY  TRIAL ACT**
5
     was filed and served upon the following parties via the Court's PACER-ECF electronic filing
6    system.

7    Michael M. Beckwith
     United States Attorney's Office
8    501 I Street
     Suite 10-100
9    Sacramento, CA 95814
     michael.beckwith@usdoj.gov
10   ATTORNEY   representing    USA
     (Plaintiff)
11

12
     I declare under penalty of perjury that the foregoing is true and correct and that this
13   declaration was executed this 6th Day of May, 2013, at San Francisco, California.

14   --------------/s/-------------------
     Erika Larson

15

16

17

18

19

20

21

22

23

24

25

26                                  Page 4 of 4
                 STIPULATION AND ORDER CONTINUING STATUS CONFERENCE