BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>LAURA HEINEN,<br><br>                Defendant. | CASE NO. CR S 2:09-0413 MCE<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT |

ORDER

For the reasons set forth in the motion to dismiss filed by the United States (ECF No. 123) the Indictment in Case No. CR S 2:09-0413 MCE as to defendant LAURA HEINEN is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

IT IS SO ORDERED.

Dated: October 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT